PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Proceedings in Chapter 13 |
| **KAREN LYNNE VAN WIE**, | No. **4:07-00469 TUC EWH** |
| Debtor. | |
| **JPMORGAN CHASE BANK, N.A.,** | MOTION FOR PRE-CONFIRMATION |
| Movant, | ADEQUATE PROTECTION AND INTERIM COMPENSATION |
| vs. | |
| **KAREN LYNNE VAN WIE**, Debtor, and **DIANNE C. KERNS**, Trustee, | |
| Respondents. | |

JPMORGAN CHASE BANK, N.A., (hereinafter "Movant" or "Chase") by and through its attorneys, Patricia Doyle-Kossick, P.L.C., hereby requests adequate protection of its secured claim pursuant to 11 U.S.C. §363(e). In support of its Motion, Chase represents as follows:

1.    The Debtor filed a chapter 13 bankruptcy on March 26, 2007.

2.    Chase is the secured creditor on the Debtor's 2004 Toyota Rav4, VIN JTEGD20V540040554. Movant has a valid and perfected lien on this property for the

outstanding principal balance of $6,694.83, plus accrued and accruing interest, costs and attorneys' fees. True and correct copies of the Promissory Note, Consumer Security Agreement and Arizona Department of Transportation Certificate of Title evidencing the above-described secured indebtedness are attached hereto as Exhibits "A", "B" and "C" and are by this reference incorporated herein.

3. The Debtor's amended chapter 13 plan was filed on July 3, 2007. As of the date of filing this motion, the Debtor' chapter 13 plan has not been confirmed.

4. The Debtor's account with Chase is delinquent. Chase is not receiving any compensation to protect against the depreciation of the property.

5. The chapter 13 plan values Chase's secured claim in the full amount of the debt owed to Chase. The value of the 2004 Toyota Rav4 is $17,780.00. The plan does not propose any adequate protection to Movant.

6. Section 1326(a)(1)(C) requires that adequate protection shall commence "not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier." Chase requests adequate protection in the amount of one percent of the value of the secured claim to be paid inside the plan, $178.00, be paid to Chase immediately, beginning from the first plan payment received by the Trustee and continuing until Chase begins to receive its usual plan payments on its secured claim.

7. Any adequate protection payments received by Chase will be credited towards the amount of Chase's secured claim to be paid through the plan. Chase further requests that in the event that the case is either dismissed or converted, any adequate protection payments that have been accumulated by the trustee on behalf of Chase, shall be paid to Chase in the accumulated amount, except that in the event that there is insufficient funding to pay the adequate protection and administrative claims, that the adequate protection and administrative

claims shall be paid pro rata. The trustee shall be entitled to her statutory fee for any adequate protection payments paid.

WHEREFORE, JPMorgan Chase Bank, N.A., requests that the Court enter its order granting the following relief:

1. Granting JPMorgan Chase Bank, N.A. adequate protection in the amount of $178.00 per month, retroactive back to the first plan payment, and continuing until Chase's secured claim begins to receive its regular plan payments, or until the case is dismissed or converted;

2. The trustee's office shall immediately disburse the adequate protection to Chase, even prior to confirmation. If the case is either dismissed or converted, any adequate protection payments that have been accumulated by the trustee on behalf of Chase, shall be paid to Chase in the accumulated amount.

3. For such other and further relief as is just and equitable.

RESPECTFULLY SUBMITTED this 31st day of July, 2007.

PATRICIA DOYLE-KOSSICK, P.L.C.
/s/ Patricia Doyle-Kossick  SBN 010217
PATRICIA DOYLE-KOSSICK
Attorney for Movant

Copy of the foregoing mailed
the 31st day of July, 2007 to:

Karen Lynne Van Wie
4705 W. Montana Street
Tucson, AZ  85757-9395

Alan R. Solot
Tilton & Solot
459 N. Granada Avenue
Tucson, AZ  85701

1

Dianne C. Kerns
7320 N. La Cholla, #154, PMB 413
Tucson, AZ  85741-2305

2

3

*/s/ Patricia Doyle-Kossick*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24