PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**KAREN LYNNE VAN WIE**,<br><br>    Debtor. | Proceedings in Chapter 13<br><br>**No. 4:07-00469 TUC EWH** |
| **JPMORGAN CHASE BANK, N.A.**,<br><br>    Movant,<br><br>vs.<br><br>**KAREN LYNNE VAN WIE**, Debtor, and **DIANNE C. KERNS**, Trustee,<br><br>    Respondents. | NOTICE OF FILING OF MOTION FOR PRE-CONFIRMATION ADEQUATE PROTECTION AND INTERIM COMPENSATION |

NOTICE IS HEREBY GIVEN that Movant has filed a Motion requesting pre-confirmation adequate protection of $178.00 per month for its secured claim in the following described property:

2004 Toyota Rav4, VIN JTEGD20V540040554.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to local Bankruptcy Rule 4001(d), if no objection is filed with the Court and a copy served upon Movant's attorney whose address is:

| | |
|---|---|
| 1 | Patricia Doyle-Kossick<br>Patricia Doyle-Kossick, PLC |
| 2 | 4500 South Lakeshore Drive, Suite 575<br>Tempe, AZ  85282-7187 |

WITHIN 15 DAYS of service of this Motion and Notice, the Motion for Adequate Protection and for Interim Compensation may be granted without further hearing.

RESPECTFULLY SUBMITTED this 31st day of July, 2007.

                                   PATRICIA DOYLE-KOSSICK, P.L.C.

                                   /s/ *Patricia Doyle-Kossick*  SBN 010217<br>                                   PATRICIA DOYLE-KOSSICK<br>                                   Attorney for Movant

A copy of the foregoing mailed the 31st day of July, 2007 to:

Karen Lynne Van Wie
4705 W. Montana Street
Tucson, AZ  85757-9395

Alan R. Solot
Tilton & Solot
459 N. Granada Avenue
Tucson, AZ  85701

Dianne C. Kerns
7320 N. La Cholla, #154, PMB 413
Tucson, AZ  85741-2305

/s/ *Patricia Doyle-Kossick*